# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0162

_____

CHRISTOPHER PAUL CAMBRON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Dixie County.
David W. Fina, Judge.

May 8, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and RAY and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

David M. Allen of the Law Offices of Damrich & Allen, Mobile, AL; and J. R. Mitchell Steele of the Burnett Law Firm, pro hac vice, Spanish Fort, AL, for Appellant.

James Uthmeier, Attorney General, and Steven E. Woods, Assistant Attorney General, Tallahassee, for Appellee.